**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **TYLER J. VALERIO** § | |
| § | |
| VS. § | |
| § | **CIVIL NO. 5:25-cv-00778** |
| **EDDIE CARDENAS and** § | |
| **TRIPLE C INC.** § | |

### DEFENDANTS, TRIPLE C INC AND EDDIE CARDENAS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, **Triple C Inc and Eddie Cardenas,** hereby removes this action to the United States District Court for the Western District of Texas San Antonio Division from the 407th Judicial District Court of Bexar County, Texas, stating as follows:

1. Plaintiff, **Tyler J. Valerio** is a citizen and resident of Nolan County, Texas.

2. Plaintiff commenced this action in the 407th Judicial District Court, Bexar County, Texas, where it was given Cause No. 2025CI12640.

3. Defendant, **Eddie Cardenas**, is a citizen and resident of Anthony, New Mexico.

4. Defendant, TRIPLE C INC discloses that it is a New Mexico corporation organized under the law of the State of New Mexico. Its principal place of business is in the State of New Mexico.

5. Plaintiff and Defendants are citizens of different states, Defendants, **Triple C Inc and Eddie Cardenas** are not residents or citizens of the state of Texas, and the proper parties are totally diverse from Plaintiff.

6. Defendant, **Triple C Inc** received the summons and complaint on June 18, 2025.

7. Defendant, **Eddie Cardenas** received the summons and complaint on June 23 2025.

8. A copy of all process, pleadings, and orders known in this case are attached as Exhibit A.

9. Defendants, **Triple C Inc. and Eddie Cardenas** will provide written notice of this Notice of Removal to all adverse parties and will file a copy with the Clerk of the 407th Judicial District Court, Bexar County, Texas.

Dated: **July 8, 2025**

Respectfully submitted,

/s/ Larry D. Warren

LARRY D. WARREN
State Bar No. 20888450
FBN: 13339
EVAN F. PATTERSON
State Bar No. 24098232
**ATTORNEY FOR DEFENDANTS
TRIPLE C INC AND EDDIE CARDENAS**

OF COUNSEL:
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350 (Warren Direct)
Facsimile: (210) 785-2950
lwarren@namanhowell.com
epatterson@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July 2025, the foregoing document, was filed with the Clerk of Court using the CM/ECF system, and was served on all counsel of record via E-mail:

R. Scott Westlund
SBN: 00791906
Nicholas Morales
SBN: 24088827
KRW LAWYERS
19122 US Highway 281 N., Suite 324
San Antonio, Texas 78258
Telephone: (210) 490-7402
scott@krwlawyers.com
nicholas@krwlawyers.com
**ATTORNEY FOR PLAINTIFF**

/s/ Larry D. Warren
LARRY D. WARREN

Defendants' Notice of Removal
Valerio v. Triple C, Inc./Cardenas [97700-0287]